JEANNETTE M. HOUSE, Appellant, *v.* JAMES S. BODOUR, Respondent.

Argued October 5, 1939; decided October 20, 1939.

*Samuel Gorlick* and *David D. Joselit* for appellant.

*W. F. Martineau* and *Donald V. Carr* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: O'BRIEN, J.